UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Caroline Quick, individually and as Personal Representative of the Estate of AMQ, a minor, | ) ) ) | Civil Action No.: 4:14-cv-4712-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| Francis Acaylar, individually and as an employee/ agent of CareSouth Carolina, Inc.; CareSouth Carolina, Inc.; Roy Parnell, individually and as an employee/agent of Marlboro Drug Co. Inc.; Marlboro Drug Co. Inc.; | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This case was removed to this Court on December 12, 2014. The Complaint named Roy Parnell and Marlboro Drug Co. Inc. as Defendants in addition to Francis Acaylar and CareSouth Carolina, Inc. The docket, however, reflects no activity and no proof of service with regard to Defendants Roy Parnell or Marlboro Drug Co. Inc.

The Federal Rules of Civil Procedure require a Plaintiff to file proof of service of a Defendant pursuant to Rule 4(l); however, as of the date of this Order, Plaintiff has not filed such. Pursuant to Rule 4(m) of the FRCP, service of the summons and complaint must be effected within 120 days after the filing of the Complaint, or for removal cases, within 120 days from the date of removal. *See* Fed. R. Civ. P. 4(m); Wallace v. Microsoft Corp., 596 F.3d 703, 706 (10th Cir. 2010). If Plaintiff fails to comply within such time limitation, the Court may on its own initiative dismiss the action against that defendant after notice to the Plaintiff. *See id.*; Local Rule 4.01 (D.S.C.).

Therefore, the Court hereby provides notice to the Plaintiff that it will dismiss this action as to Defendants Roy Parnell and Marlboro Drug Co. Inc., without prejudice, ten days from the date of this Order if proof of service has not been filed within that time.

**IT IS SO ORDERED**.

April 13, 2015                                         s/ R. Bryan Harwell

Florence, South Carolina                        R. Bryan Harwell

                                                            United States District Judge

2